■ The People of the State of New York, Respondent, v Adam H. Bernstein, Appellant. (Appeal No. 2.)—Judgment unanimously affirmed. Same memorandum as in People v Bernstein ([appeal No. 1] 163 AD2d 842 [decided herewith]). (Appeal from judgment of Supreme Court, Monroe County, Corning, J.—violation of probation.) Present—Dillon, P. J., Callahan, Doerr, Pine and Lawton, JJ.